AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978. (5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PREGERSON, HARRY | United States Court of Appeals for the Ninth Circuit | May 13, 2005 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge | ___ Nomination, Date _____ <br> ___ Initial  _X_ Annual  ___ Final | January 1, 2004-- December 31, 2004 |

| 7. Chambers or Office Address <br> 21800 Oxnard Street <br> Suite 1140 <br> Woodland Hills, CA 91367 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Member | Marine Corps Reserve Officers Assoc. |
| 2 Member | Advisory Board, Childhelp USA |
| Member | Community Relations Committee, Jewish Federation Council of Greater Los Angeles |
| 3 Member | Board of Directors, Metropolitan Div., The Salvation Army |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | 2004 State of California Judge's Retirement System | $ 14,130. |
| 3 | 2004 GGWH LLC | $ 18,000. |
| | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| ☐ NONE (No reportable non-investment income.) | |
| 1 | |
| 2 2004 | Los Angeles Community College District |

FINANCIAL DISCLOSURE OFFICE 2005 MAY 23 A 8: 34 RECEIVED

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children See pp. 32-33 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [ ] 1 | NONE (No reportable liabilities.) | | |
| 2 | G. Glazer, Los Angeles, CA | Loan in connection with acquisition of Limited Partnership interest in Penn Cal Investors, a California Limited Partnership | K |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income. | | | | | | | | | |
| 1 U-Haul International Inc. | B | Rent | J | T | | | | | |
| 2 Condominium in Palm Desert, CA (1979) | C | Rent | N | T | | | | | |
| 3 ███████, Oxnard Shores CA (1964) | | None | O | T | | | | | |
| 4 ███████, Oxnard Shores CA (1964) | | None | O | T | | | | | |
| 5 Part of ████████ Woodland Hills, CA | | None | O | T | | | | | |
| 6 (1963) | | | | | | | | | |
| 7 Part of ████████ Woodland Hills, CA | | None | N | T | | | | | |
| 8 (1979) | | | | | | | | | |
| 9 Part of ████████ Woodland Hills, CA | | None | N | T | | | | | |
| 10 (1984) | | | | | | | | | |
| 11 Limited Partnership Interest, Penn Cal | G | Rent | P1 | W | | | | | |
| 12 Investors, a Calif. Limited Partnership | | | | | | | | | |
| 13 CGM 403(B) Custodian UIPL) LA Community | D | Div. | O | T | | | | | |
| 14 College District (formerly MFS/Sun Life | | | | | | | | | |
| 15 (U.S.) Annuity Fund) | | | | | | | | | |
| 16 Minnesota Life Ins. Single Payment Annuity | D | Int. | M | T | | | | | |
| 17 (Non-Qualified) | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E= 15,001- 50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,000-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| PREGERSON, HARRY | 5/13/05 |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| IRA ACCT.--Wachovia Securities | | | | | | | | | |
| Bank Deposit Sweep Option (formerly | A | Div | J | T | | | | | |
| Wachovia Command Money Fund) | | | | | | | | | |
| Microsoft Corp Wash | A | Div | K | T | | | | | |
| Bank Deposit Sweep Option (formerly | A | Int | J | T | | | | | |
| Money Mart Assets Command Money A Class) | | | | | | | | | |
| IRA ACCT.--Wachovia Securities | | | | | | | | | |
| Bank Deposit Sweep Option (formerly | A | Int | J | T | | | | | |
| Money Mart Assets Class A) | | | | | | | | | |
| Microsoft Corp. Wash | A | Div | J | T | | | | | |
| Washington Mutual Bank | B | Int | M | T | | | | | |
| Newhall Ld. & Farmi g Co. Calif. Dept. RCPT for L P Units Stock | | None | | | Sell | 1/9 | K | | |
| Bonds--Alliance Real Estate Investment Fund | | | | | Sell | 8/13 | J | | (This was an oversight for 2003 when it was sold) |
| Bank Deposit Sweep Option (formerly | A | Int | K | T | | | | | |
| Money Mart Assets Class A) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001 1,000, | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes share of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 Bonds--Blackrock Municipal Target Term | A | Int | K | T | | | | | |
| 36 Trust PSI Makes Market | | | | | | | | | |
| 37 Bonds--Palomar Pomerado Health Sys Calif. Rev. | A | Int | J | T | | | | | |
| 38 Janus Twenty Fund | A | Div | L | T | | | | | |
| 39 Janus Contrarian Fund (formerly Janus | A | Div | M | T | | | | | |
| 40 Special Equity Fund | | | | | | | | | |
| 41 Janus Mercury Fund | A | Div | L | T | | | | | |
| 42 Janus Olympus F nd | A | Div | L | T | | | | | |
| 43 Centennial Money Mkt TR | A | Div | J | T | | | | | |
| 44 Cisco Sys Inc. Stock | | None | J | T | Sell | 6/1 | J | | |
| 45 Worldcom Inc. GA new | | None | J | T | Bankruptcy | 4/20 | | | |
| 46 Schlumberger LTD Stock | A | Div | J | T | | | | | |
| 47 Wyech | A | Div | J | T | | | | | |
| 48 Yahoo Inc. Stock | | None | J | T | | | | | |
| 49 Time Warner, Inc. | | None | J | T | | | | | |
| 50 S n Microsystems Inc. | | None | J | T | | | | | |
| 51 Transocean Inc. Ordinary Shares | A | Int | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | V lue Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PREGERSON, HARRY | 5/13/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of

spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 Franklin Strategic Ser Franklin | | | | | | | | | |
| 36 Biogechnology Discovery Fund Class A | | None | J | T | | | | | |
| 37 Smit Barney Muni FDS CA Money Mkt. | A | Div | J | T | | | | | |
| 38 Nuveen INSD Calif. Select Tax Free | B | Div | J | T | | | | | |
| 39 Income Portfolio SBI | | | | | | | | | |
| 40 Alliance Real Estate Investment Fund Cl B | A | Div | K | T | Sell | 11/24 | K | D | |
| 41 Smit Barney Agressive Growt | A | Div | L | T | Partial Sell | 5/27 | L | K | |
| 42 Fund Cl B | | | | | | | | | |
| 43 Smith Barney Appreciation Fund Cl B | A | Div | K | T | Partial Sell | 5/27 | K | | |
| 44 Citigroup, Inc. | A | Div | J | T | Partial Sell | 5/27 | J | A | |
| 45 | | | | | Partial Sell | 5/28 | J | A | |
| 46 Microsoft Corp. | A | Div | K | T | Partial Sell | 6/1 | K | | |
| 47 Lucent Technologies Inc. | A | Div | J | T | Partial Sell | 6/1 | J | | |
| 48 | | | | | Partial Sell | 6/2 | J | | |
| 49 Microsoft Corp. Wash PSK Makes MKT | A | Div | J | T | Merged | 9/1 | J | | wit Microsoft Corp. (above) |
| 50 Centennial Money MKT TR | A | Div | J | T | | | | | |
| 51 H.B. Mesa Trust | C | Dist. | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P2=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PREGERSON, HARRY | 5/13/05 |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions  (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 Hewlett Packard Co. | A | Int | J | T | | | | | |
| 36 Alliance Bernstein Value Fund | | None | K | T | Sell | 5/27 | K | D | |
| 37 Janus Strategical Vallue Fund | | None | J | K | Merged | | | | Janus Contrarian Fund (listed above) |
| 38 | | | | | | | | | |
| 39 World Savings Bank | B | Int | L | T | | | | | |
| 40 Nuveen Preferred & Conv Income Fund 2 | A | Div | J | T | | | | | |
| 41 St. Paul Travelers Cos., Inc. (formerly | A | Div | J | T | Exchange | 4/1 | J | | |
| 42 Travelers PPTY Cas Corp Class A) | | | | | Partial Sell | 4/1 | J | | |
| 43 | | | | | Sell | 6/1 | J | | |
| 44 Travelers PPTY Cas Corp Class B | | None | J | T | Sell | 6/1 | J | | |
| 45 Liberty Media Corp A | | None | J | T | Buy | 6/3 | J | | |
| 46 " " " | | | | | Buy | 6/29 | J | | |
| 47 Liberty Medial Intl Inc. Class A | | None | J | T | Buy | 6/3 | J | | |
| 48 " " " | | | | | Sell | 7/30 | J | | |
| 49 Cable Vision System Corp NY Group Cl A | | None | J | T | Buy | 6/3 | J | | |
| 50 " " " | | | | | Buy | 7/30 | J | | |
| 51 Dell Inc. | | None | J | T | Buy | 6/4 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2= 5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PREGERSON, HARRY | 5/13/05 |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure | Amt. Code1 (A-H) | Type (e.g. div., rent or int.) | Value Code2 (J-P) | Valu Method Code (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE No reportable income, assets, or transactions) | | | | | | | | | |
| 35 Engelhard Corp. | A | Div | J | T | Buy | 6/4 | J | | |
| 36 " " | | | | | Buy | 6/20 | J | | |
| 37 Genzyme Corp. General Div. | | None | J | T | Buy | 6/4 | J | | |
| 38 Johnson & Joh son | A | Div | J | T | Buy | 6/4 | J | | |
| 39 L 3 Communications Hldgs Inc. | A | Div | J | T | Buy | 6/4 | J | | |
| 40 Mitsubishi Tokyo Financial Grp Spons ADR | | None | J | T | Buy | 6/4 | J | | |
| 41 Nokia Corp. Sponsored ADR | | None | J | T | Buy | 6/4 | J | | |
| 42 Solectron Corp. | | None | J | T | Buy | 6/4 | J | | |
| 43 Time-Warner Inc. | | None | J | T | Buy | 6/4 | J | | |
| 44 Vodafone Group PLC SP ADR | A | Div | J | T | Buy | 6/4 | J | | |
| 45 Global Santa Fe Corp. | | None | J | T | Buy | 6/7 | J | | |
| 46 GLAXOSMITHKLINE PLC SP ADR | A | Div | J | T | Buy | 6/7 | J | | |
| 47 " " | | | | | Buy | 6/25 | J | | |
| 48 Honeywell Intl Inc. | A | Div | J | T | Buy | 6/7 | J | | |
| 49 Intel Corp. | A | Div | J | T | Buy | 6/7 | J | | |
| 50 " " | | | | | Buy | 8/7 | J | | |
| 51 Interactive Corp. " " | | None | J | T | Buy Buy | 6/7 8/24 | J J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Lehman Bros. Holdings Inc. | A | Div | J | T | Buy | 6/7 | J | | |
| Microtechnology Inc. | | None | J | T | Buy | 6/7 | J | | |
| " " | | | | | Buy | 8/17 | J | | |
| Rio Tinto Plc-GBR | A | Div | J | T | Buy | 6/7 | J | | |
| SK Telecom Ltd Spon ADR | A | Div | J | T | Buy | 6/7 | J | | |
| " " | | | | | Buy | 8/4 | J | | |
| Sandisk Corp. | A | Div | J | T | Buy | 6/7 | J | | |
| BP PLC Spons ADR | | None | J | T | Buy | 6/8 | J | | |
| Merck & Co. Inc. | A | Div | J | T | Buy | 6/4 | J | | |
| " " | | | | | Buy | 6/4 | J | | |
| " " | | | | | Buy | 6/4 | J | | |
| " " | | | | | Buy | 10/4 | J | | |
| " " | | | | | Partial Sell | 11/2 | J | | |
| " " | | | | | Partial Sell | 11/5 | J | | |
| " " | | | | | Partial Sell | 11/5 | J | | |
| Safeway Inc. New | | None | J | T | Buy | 6/9 | J | | |
| Southwest Airlines Co. | A | Div | J | T | Buy | 6/7 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportab e income, assets, or transactions) | | | | | | | | | |
| 35 A COA Inc. | A | Div | J | T | Buy | 6/14 | J | | |
| 36 GrupoTelevisa SA DE CV | | None | J | T | Buy | 6/14 | J | | |
| 37 Honda Motor Co. LTD ADR New | A | Div | J | T | Buy | 6/14 | J | | |
| 38 Ireland Bank Spons ADR Eur | A | Div | J | T | Buy | 6/14 | J | | |
| 39 News LTD ADR New | A | Div | J | T | Buy | 6/14 | J | | |
| 40 Tommy Hilfiger Corp. | | None | J | T | Buy | 6/10 | J | | |
| 41 " " | | | | | Sell | 11/24 | J | | |
| 42 Bank New York Inc. | A | Div | J | T | Buy | 6/10 | J | | |
| 43 Biogen Idec Inc. | | None | J | T | Buy | 6/10 | J | | |
| 44 " " | | | | | Buy | 7/27 | J | | |
| 45 Millennium Pharmaceuticals | | None | J | T | Buy | 6/10 | J | | |
| 46 Unisys Corp. | | None | J | T | Buy | 6/10 | J | | |
| | | | | | Buy | 8/2 | J | | |
| 47 BOC Group Plc Spons ADR | | None | J | T | Buy | 6/17 | J | | |
| 48 Genetech Inc. | | None | J | T | Buy | 6/17 | J | | |
| 49 Hong Kong & China Gas SP ADR | A | Div | J | T | Buy | 6/17 | J | | |
| 50 Novo-Nordisk AS ADR | | None | J | T | Buy | 6/17 | J | | |
| 51 Home Depot Inc. | A | Div | J | T | Buy | 6/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O= 500,001 $1,000 00 | L=$50,001- $100,000 F1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | PREGERSON, HARRY | 5/13/05 |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 Total SA Spons ADR | A | Div | J | T | Buy | 6/9 | J | | |
| 36 Unitedhealth Group Inc. | | None | J | T | Buy | 6/9 | J | | |
| 37 Chiron Corp. Delaware | | None | J | T | Buy | 6/10 | J | | |
| 38 Coca-Cola Co. | A | Div | J | T | Buy | 6/10 | J | | |
| 39 " " | | | | | Buy | 9/13 | J | | |
| 40 Diageo PLC Spon ADR New | A | Div | J | T | Buy | 6/10 | J | | |
| 41 Forest Laboratories Inc. | | None | J | T | Buy | 6/10 | J | | |
| 42 " " | | | | | Buy | 7/27 | J | | |
| 43 Mettler Toledo Intl. Inc. | | None | J | T | Buy | 6/10 | J | | |
| 44 Pfizer Inc. | A | Div | J | T | Buy | 6/10 | J | | |
| 45 " " | | | | | Buy | 7/20 | J | | |
| 46 Verizon Communications | A | Div | J | T | Buy | 6/10 | J | | |
| 47 CRH Plc ADR New | | None | J | T | Buy | 6/11 | J | | |
| 48 Cree Inc. | | None | J | T | Buy | 6/11 | J | | |
| 49 Endesa SA Sponsored ADR | A | Div | J | T | Buy | 6/11 | J | | |
| 50 Groupe Danone Spons ADR | | None | J | T | Buy | 6/11 | J | | |
| 51 Murphy Oil Corp. | A | Div | J | T | Buy | 6/11 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001- 1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PREGERSON, BARRY | 5/13/05 |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 United Overseas Bank LTD | A | Div | J | T | Buy | 6/18 | J | | |
| 36 Basf AG Spons ADR | | None | J | T | Buy | 6/21 | J | | |
| 37 Canon Inc. DR | A | Div | J | T | Buy | 6/21 | J | | |
| 38 Novartis AG ADR | | None | J | T | Buy | 6/21 | J | | |
| 39 Texas Instruments Inc. | A | Div | J | T | Buy | 6/25 | J | | |
| 40 " " | | | | | Buy | 7/9 | J | | |
| 41 Koninklijke Phillips | | None | J | T | Buy | 6/22 | J | | |
| 42 Nippon Tel & Tel Spon ADR | A | Div | J | T | Buy | 6/22 | J | | |
| 43 " " | | | | | Buy | 9/17 | J | | |
| 44 UBS-AG-CHP | | None | J | T | Buy | 6/23 | J | | |
| 45 Hutchinson Whampoa LTD ADR | A | Div | J | T | Buy | 6/23 | J | | |
| 46 SAP AKLENGESELLSCHAFT Spons ADR-USD | | None | J | T | Buy | | J | | |
| 47 ING Group NY Spons ADR | A | Div | J | T | Buy | 6/25 | J | | |
| 48 Nestle SA Sponsored ADR | | None | J | T | Buy | 6/28 | J | | |
| 49 " " | | | | | Buy | 10/22 | J | | |
| 50 Telefonica SA Spons DR | A | Div | J | T | Buy | 6/28 | J | | |
| 51 Seven Eleven Japan LTD ADR | A | Div | J | T | Buy | 6/29 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PREGERSON, HARRY | 5/13/05 |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 Wal- art De Mexico SA DE | | None | J | T | Buy | 6/29 | J | | |
| 36 American Intl. Group Inc. | A | Div | J | T | Buy | 6/25 | J | | |
| 37 Tesco PLC Sponsored ADR | A | Div | J | T | Buy | 6/30 | J | | |
| 38 Exxon Mobil Corp. | A | Div | J | T | Buy | 6/29 | J | | |
| 39 State Street Corp | A | Div | J | T | Buy | 6/29 | J | | |
| 40 Hasbro Inc. | A | Div | J | T | Buy | 6/30 | J | | |
| 41 Abbott Laboratories | A | Div | J | T | Buy | 7/1 | J | | |
| 42 McKesson Corp. | A | Div | J | T | Buy | 7/1 | J | | |
| 43 " " | | | | | Partial Sell | 10/27 | J | | |
| 44 Micromuse Inc. | | None | J | T | Buy | 7/6 | J | | |
| 45 MBNA Corp | A | Div | J | T | Buy | 7/7 | J | | |
| 46 Sungard Data Systems | | None | J | T | Buy | 7/7 | J | | |
| 47 Taiwan Semiconductor Mfg Co. LTD ADR | | None | J | T | Buy | 7/7 | J | | |
| 48 Realnetworks Inc. | | None | J | T | Buy | 7/8 | J | | |
| 49 Weyerhaeuser Co. | A | Div | J | T | Buy | 7/8 | J | | |
| 50 General Electric Co. | A | Div | J | T | Buy | 7/14 | J | | |
| 51 Emerson Electric Co. | A | Div | J | T | Buy | 7/19 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1, | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

-13-

| Name of Person Reporting | Date of Report |
|---|---|
| PREGERSON, HARRY | 5/13/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 American Expres Co. | A | Div | J | T | Buy | 7/20 | J | | |
| 36 Walt Disney Co. | | None | J | T | Buy | 7/20 | J | | |
| 37 Chubb Corp. | A | Div | J | T | Buy | 7/21 | J | | |
| 38 Autodesk Inc. | A | Div | J | T | Buy | 8/6 | J | | |
| 39 Mattel. Inc. DE | A | Div | J | T | Buy | 1/11 | J | | |
| 40 Gillette Co.; | A | Div | J | T | Buy | 8/25 | J | | |
| 41 Morgan Stanley | A | Div | J | T | Buy | 9/9 | J | | |
| 42 Newmont Mining Corp. | A | Div | J | T | Buy | 9/13 | J | | |
| 43 Intl Business Machines Corp. | A | Div | J | T | Buy | 9/14 | J | | |
| 44 Pepsico Inc. | | None | J | T | Buy | /22. | J | | |
| 45 Nomura Holdings Inc. ADR | | None | J | T | Buy | 6/3 | J | | |
| 46 " " | | | | | Buy | 10/13 | J | | |
| 47 MGIC INVT Corp. Wis | A | Div | J | T | Buy | 10/29 | J | | |
| 48 Wm Wrigley Jr. Co. | | None | J | T | Buy | 11/26 | J | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,0,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001.$1,0 0.00 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

-14-

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

NOTE: We have tried to keep all items in Section VII listed in the same order as previous report with new items being placed at the end of the list. The exception is the IRA accounts--buy and sell in the IRA accounts has remained within the IRA account setup.

If you see a stock listed again on the report, it is because it was purchased through a different brokerage firm.

Section I. POSITIONS (cont.)

Board of Trustees, Devil Pups, Inc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date ___May 13, 2005___

Harry Pregerson

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544